**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED MEISLIN and K.C. MEISLIN, | Case No. 2:23-cv-02490-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF MANHATTAN BEACH; OFFICER GREGORY HANSON; OFFICER SHANE SMITH; OFFICER CONNER HEDDE; JILL MICHELE SOHEGIAN JOHNSON; JEFFREY CARSON, and DOES 1 through 10, Jointly and Severally, | |
| Defendants. | |

1

Pursuant to the Court's orders, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants City of Manhattan Beach, Gregory Hanson, Shane Smith, Connor Hedde (sued as Conner Hedde), Jill Michele Sohegian Johnson, and Jeffrey Carson, and against Plaintiffs Ned Meislin and K.C. Meislin. The claims against City of Manhattan Beach, Gregory Hanson, Shane Smith, and Connor Hedde (sued as Conner Hedde) are dismissed with prejudice, and the claims against Jill Michele Sohegian Johnson and Jeffrey Carson are dismissed without prejudice. Ned Meislin and K.C. Meislin shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 12, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE